**Grace SCHAEFER, et al., Plaintiffs,**

v.

**Philip G. TANNIAN, et al., Defendants.**

**No. 73–39943.**

United States District Court,
E.D. Michigan,
Southern Division.

Sept. 26, 1995.

John R. Runyan, Jr., Sachs, Waldman, Grace Schaefer, Detroit, MI, for plaintiffs.

Nancy J. Van Lopik, James M. Moore, Grosse Pointe Park, MI, for defendants.

### CONSENT JUDGMENT

GADOLA, District Judge.

This matter having come before the Court upon the stipulation of the parties to the entry of a Consent Judgment finally and fully resolving all of the remaining claims in this action; and

It appearing to the Court that this action, initially commenced some twenty-two years ago, involves claims of discrimination based upon gender in hiring, compensation and promotion within the Detroit Police Department; and

The Court having previously determined by Order dated May 29, 1974, that this action could proceed upon behalf of a plaintiff class composed of all women who since April 10, 1970 had applied for employment or who had been employed by the Detroit Police Department; and

The Court having further determined that the Detroit Police Department's discriminatory practices having ended by June 30, 1978 and that only those class members employed prior to June 30, 1978 were entitled to individual retroactive relief; and

The Court having previously found that the hiring, compensation and promotion practices challenged by the plaintiffs violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, as well as the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution, and having previously granted both class-wide

and individual injunctive relief, including preliminary injunctions ordering certain members of the plaintiff class hired and others promoted; awarding seniority for purposes of layoff, recall and all other purposes for which seniority is a factor in the Detroit Police Department retroactive to the date each officer would have been hired in the absence of discrimination; and pension adjustments reflecting the additional seniority awarded each officer; and

The parties to this action being desirous of avoiding further litigation and delay and having reached a settlement of all remaining claims and issues in this action, after protracted arms-length negotiations; and

It appearing to the Court that notice of the terms of the proposed settlement has previously been provided by publication and first class mail to the last known address of each member of the certified subclasses of plaintiffs; and

It further appearing that a hearing required by Fed.R.Civ.P. 23(e) was held by United States Magistrate Judge Virginia Morgan on February 21, 1995, at which members of the plaintiff class were afforded an opportunity to state *inter alia* their objections to the terms of the proposed Consent Judgment; and that following the hearing on April 17, 1995, the Magistrate Judge issued a report and recommended order that the settlement negotiated by the parties be approved; and

This Court having entered an order dated August 7, 1995 accepting and adopting Magistrate Judge Morgan's April 17, 1995 Report and Recommendation; now therefore

IT IS ORDERED, ADJUDGED AND DECREED that a Consent Judgment be, and the same hereby is, entered in this action, resolving all of the remaining claims of the plaintiff class, including each of the subclasses, as follows:

## I. HIRING SUBCLASS

█ 1. The City of Detroit agrees to pay to the hiring subclass damages in the amount of Five Million Eight Hundred Thousand and no/100 ($5,800,000.00) Dollars, inclusive of any and all costs and interest.

2. Each eligible member of the hiring subclass will be paid damages for lost earnings (back pay), less interim earnings as reported by the Social Security Administration, for the period she was unlawfully denied hire, according to the formula developed in consultation with the City, which reflects not only the base wage rate, but contractual and COLA adjustments, shift premium, holiday premium and average overtime (subject to applicable withholding).

3. In addition, each eligible member of the hiring subclass will be paid an additional twenty-five (25%) percent of the back pay referred to in paragraph I-3 above representing interest on the back pay.

4. The total amount of economic damages representing back pay and interest due to each eligible member of the hiring subclass is subject to applicable withholding for federal, state and local income taxes but not social security (FICA) taxes and is set forth in Exhibit A hereto.

█ 5. Each eligible member of the hiring subclass will be paid tort-like non-economic damages for personal injuries resulting from the constitutional violations under 42 U.S.C. § 1983, including impairment of reputation, personal humiliation and indignity, embarrassment, anxiety, anguish, emotional distress and mental suffering, in the amount of One Thousand, Eight Hundred and Ninety Dollars and Five Cents ($1,890.05).

6. The City of Detroit agrees to prepare individual checks representing the economic damages to each member of the hiring subclass in the amounts set forth in Exhibit A, attached. The City of Detroit also agrees to prepare one check in the amount of $1,290,907.15, representing the non-economic damages for the entire sub-class.

9. Any portion of the amounts payable under this provision which, following good faith efforts by plaintiffs' counsel to distribute the funds, cannot be distributed within one (1) year following the exchange of the checks between the City of Detroit and plaintiffs' counsel, shall instead be distributed as follows: (1) Fifty percent shall be distributed

to the estate of deceased class member Carolyn Green (386–50–0829); and (2) Fifty percent shall be distributed to MY SISTER'S PLACE, a program of the Women's Justice Center, 23 E. Adams, Detroit, Michigan, 48226.

## II. PROMOTION AND COMPENSATION SUBCLASS

■ 1. The City of Detroit agrees to pay to the promotion and compensation subclass damages in the amount of Five Million and no/100 ($5,000,000.00) Dollars, inclusive of any and all costs and interest.

2. Each eligible member of the promotion and compensation subclass will be paid damages for lost earnings (back pay), in the amount of the difference between her actual earnings and the pay rate for Detective from July 2, 1965 (the effective date of Title VII of the Civil Rights Act of 1964) until December 24, 1970; and the difference between her actual earnings and payrate for Sergeant from that date until June 30, 1975, the date she was promoted to Sergeant or left the Detroit Police Department, whichever occurred first.

3. In addition, those subclass members who had attained the rank of Sergeant prior to or at any time between April 10, 1970 and August, 1973, will be paid damages for lost earnings (back pay) in the amount of the difference between her actual earnings and the pay rate for Lieutenant from the date of her promotion to Sergeant until June 30, 1976, the date she was promoted to Lieutenant or left the Detroit Police Department, whichever occurred first.

4. In addition, each eligible member of the hiring subclass will be paid an additional one hundred (100%) percent of the back pay referred to in paragraphs II–2 and II–3 above representing interest on the back pay.

5. The total amount of economic damages representing back pay and interest due to each eligible member of the promotion and compensation subclass is subject to applicable withholding for federal, state and local income taxes but not social security (FICA) taxes and is set forth in Exhibit B hereto.

■ 6. Each eligible member of the promotion and compensation subclass will be paid tort-like non-economic damages for personal injuries resulting from the constitutional violations under 42 U.S.C. § 1983, including impairment of reputation, personal humiliation and indignity, embarrassment, anxiety, anguish, emotional distress and mental suffering, in the amounts reflected in Exhibit C hereto, which are based upon each class member's length of employment with the Detroit Police Department.

■ 7. Lead Plaintiff Grace F. Schaefer will be paid an additional payment of non-economic damages in the amount of Five Thousand Seven Hundred and Sixty–Six ($5,766.00) Dollars, in recognition of her courageous efforts in initiating this lawsuit, for a total award of non-economic damages in the amount of Thirty–One Thousand Nine Hundred and Eighty–Two ($31,982.00) Dollars.

8. The City of Detroit agrees to prepare individual checks representing the economic damages to each member of the promotion and compensation subclass in the amounts set forth in Exhibit B, attached. The City of Detroit also agrees to prepare one check in the amount of $1,964,971.00, representing the non-economic damages for the entire subclass.

9. Any portion of the amounts payable under this provision which, following good faith efforts by plaintiffs' counsel to distribute the funds, cannot be distributed within one (1) year following the exchange of the checks between the City of Detroit and plaintiffs' counsel, shall instead be distributed to lead plaintiff, Grace Schaefer, as additional non-economic damages.

10. The City of Detroit agrees to approach the Board of Trustees of the City of Detroit Policemen and Firemen Retirement System on behalf of those members of the promotion and compensation subclass whose names appear on Exhibit D and to take all steps necessary for those retirees, upon their request, to receive an adjustment in their pension reflecting the additional amounts they would have earned but for the City of Detroit's discriminatory promotion and compensation practices.

### III. DISTRIBUTION OF DAMAGES AND ATTORNEY'S FEES

1. This Consent Judgment shall become null and void and the respective obligations of the parties hereunder shall be rendered unenforceable, in the event that either this Court's Consent Judgment, or its order approving the terms of this Consent Judgment pursuant to Fed.R.Civ.P. 23(e), are successfully challenged on appeal. In the event that an appeal is taken from this Consent Judgment pursuant to Fed.R.Civ.P. 23(e), the respective obligations of the parties hereunder shall be deferred until sixty (60) days after the appeal is dismissed or the Consent Judgment or the order appealed from is affirmed.

2. Distribution of the damages provided under the Consent Judgment shall commence sixty (60) days after the entry of this Consent Judgment, if no appeal is taken, or as provided in paragraph 1 of this subsection.

3. The City of Detroit shall have the responsibility for making the determinations with respect to appropriate withholding and issuing all checks for economic damages (back pay and interest).

4. The parties agree that, in making the necessary withholdings, the City of Detroit may use the most current information of record for those members of the plaintiffs' class who are still employed by the City of Detroit; however, as to those class members who are no longer employed by the City of Detroit, the parties agree the City of Detroit may withhold a flat rate of twenty (20%) percent as required by law and will not withhold any local taxes.

5. The parties agree that the individual checks required in subparagraph III–3 of this section, together with two (2) checks for the remaining non-economic aggregate payable under subparagraphs I–8 and II–8 of the Consent Judgment, shall be delivered to plaintiffs' counsel within sixty (60) days after the entry of the Consent Judgment, if no appeal is taken, or sixty (60) days after any appeal is dismissed or the Consent Judgment or the order appealed from is affirmed.

6. Plaintiffs' counsel shall have the responsibility for issuing individual checks for non-economic damages and for distribution to class members of all checks for both economic and non-economic damages.

7. The City of Detroit agrees to pay to plaintiffs' counsel reasonable attorney fees in an amount not to exceed $145 per hour for all hours expended in this matter since the date covered by the last order, including all hours spent in the distribution of damages under the Consent Judgment.

IT IS FURTHER ORDERED that Plaintiffs' counsel will make a quarterly accounting to the Court, with a copy to counsel, on or before the end of each quarter, as to the distribution of the settlement proceeds until all funds have been paid as required by this Consent Judgment.

IT IS FURTHER ORDERED that all members of the plaintiff class and its subclasses shall be bound by the terms of this Consent Judgment.

### EXHIBIT A—HIRING SUBCLASS

| | TOTAL ECONOMIC DAMAGES (INCLUDING BACK PAY AND INTEREST) |
|---|---|
| ALEXANDER, DONNA | $ 2,216.88 |
| ALEXANDER, REGINA | 19,709.55 |
| ALLEN, KATIE | 20,348.06 |
| AMLUXEN JEPSON CHRISTINE | 30,802.06 |
| ANDERSON, VEDA | 778.28 |
| ANDREWS, BRENDA | 2,152.23 |
| ANKONY, SHEILA | 4,146.19 |
| ARCHIE, EVELYN | 1,165.06 |
| ARENA, MARGARET | 3,456.65 |
| ARNOLD–NEAL, MARVLES | 6,311.38 |
| ARTHUR–EDMOND, HELEN | 234.91 |
| ASHE, GWEN | 3,026.05 |

| | TOTAL ECONOMIC DAMAGES (INCLUDING BACK PAY AND INTEREST) |
|---|---|
| ASHLEY, CHERYL | $ 2,174.23 |
| ATKINSON, SUSIE | 1,785.78 |
| AVOLIO, DAGMAR | 8,143.30 |
| BABB, DEBRA | 1,109.83 |
| BACH, GAIL | 1,784.14 |
| BANKS, LORRAINE | 947.44 |
| BANKS, PAULINE | 28,900.85 |
| BARDEN, CLAUDIA | 1,751.79 |
| BARGAGNA, DIANE | 8,471.49 |
| BARNES, EDITH | 3,960.80 |
| BARNES, GAIL | 5,906.48 |
| BAVOL, JUDITH | 329.21 |
| BAVOL, SANDRA | 1,176.14 |
| BEARD, ROSLYN | 6,063.14 |
| BEARDEN, LAFRANCE | 161.39 |
| BELL, BARBARA | 2,687.96 |
| BELL, DONELLA | 4,442.26 |
| BELL, LORRAINE | 2,793.61 |
| BELL, SANDRA | 88.64 |
| BENSON, SHIRLEY | 120.53 |
| BEST, CARA | 86,782.60 |
| BIDDLES, DARLENE | 3,114.13 |
| BIERNACKI, CAMILLE | 3,403.15 |
| BLAIR, PATRICIA | 1,481.56 |
| BLAKELY, GERALDINE | 1,648.86 |
| BOHLINGER, ELEANOR | 8,814.05 |
| BOSHIS BRINKMAN, HELEN | 26,843.61 |
| BRADEN, CHERYL | 1,290.48 |
| BRADFORD, ROSALYN | 1,247.08 |
| BRANCH, JO | 4,105.51 |
| BRAXTON, JUDITH | 5,609.64 |
| BRIDGES, PATRICIA | 6,426.60 |
| BRIGGS, IRENE | 5,668.30 |
| BROPHY–CACCAVO, JUDITH | 12,872.50 |
| BROWN, EIVOR | 3,465.53 |
| BROWN, GWENDOLYN | 815.09 |
| BROWN, MYRNA | 29,794.75 |
| BROWN, VERLENE | 2,104.18 |
| BULLOCK, GWENDOLYN | 1,865.70 |
| BURNO, BEVERLY | 1,876.08 |
| BUTCHEE, RITA | 3,196.25 |
| BUTLER–BROWN, SHERRY | 376.95 |
| BYRGE, DIANE | 8,186.73 |
| CAGLE, PATRICIA | 1,676.16 |
| CALHOUN, MONA | 5,706.81 |
| CAMPBELL, BRENT | 66,618.80 |
| CAMPBELL, LYNDA | 2,210.70 |
| CANGEMI, PAULA | 1,179.04 |
| CANNON, CONSTANCE | 13,612.53 |
| CANOY-SIMMONS, ANGELA | 4,838.54 |
| CARTER, THELMA | 9,188.45 |
| CASSITY, CHRISTINE | 60,422.13 |
| CATTRON, DENISE | 1,499.25 |
| CAVER, SANDRA | 75,081.80 |
| CAVER–HOLMES, GISELE | 4,115.45 |
| CHALMERS, BRENDA | 2,260.66 |
| CHANDLER, MARGARET | 6,941.38 |
| CHEATOM, CYNTHIA | 635.44 |

| | TOTAL ECONOMIC DAMAGES (INCLUDING BACK PAY AND INTEREST) |
|---|---|
| CHENNAULT, ALICE | $ 1,856.39 |
| CHILDRESS, CHERYL | 2,925.38 |
| CLARK–HOLLINGSWORTH, OVETTA | 3,406.91 |
| CLARK–PRICE, WILMA | 8,866.69 |
| COLBERT, FELECIA | 2,038.11 |
| COLBERT, PHYLLIS | 4,073.75 |
| COLE, MARCIA | 16,461.26 |
| COLEMAN, RUTH | 225.74 |
| COLLIER, WILHELMINA | 1,874.96 |
| COLLINS, DEBORAH | 6,225.94 |
| COLSON, SHARMAN | 2,576.90 |
| COLSTON, PEARLIE | 122.33 |
| COMBS–EATMON, BETTIE | 7,393.70 |
| CONLEY, PATRICIA | 802.30 |
| CONNOWAY, NAOMI | 14,119.54 |
| COOK, LINDA | 2,586.23 |
| COOPER, ALANA | 2,676.03 |
| COOPER, BEVERLY | 1,404.76 |
| COOPER, CHERYL | 1,631.81 |
| CORDLE–MILLS, FLORA | 696.85 |
| CORLEY–PRESLEY, CAROL | 1,448.80 |
| COTTON, DONNA | 15,401.86 |
| COWLING, SHARON | 674.44 |
| CRAIG, DIANE | 2,890.79 |
| CROWDER, ELLEN | 1,619.95 |
| CRUTCHFIELD, FREDA | 1,536.54 |
| CULP, DARLENE | 5,343.75 |
| CUNNINGHAM, AUGUSTA | 20,111.64 |
| CURRY, MARY | 495.16 |
| CURRY, ROSALIND | 2,450.11 |
| DAVIS, JEANETTE | 3,556.95 |
| DAVIS, LAVERA | 8,155.91 |
| DAVIS, MONETTE | 39,263.66 |
| DAVIS, SHIRLEY | 2,425.84 |
| DAVIS–HENDERSON, OLIVIA | 903.89 |
| DAWKINS, CLARA | 19,771.48 |
| DAY, JOAN | 30,735.70 |
| DAY, MARY | 2,653.20 |
| DEMPS, LORAIN | 317.81 |
| DENNIS, BRENDA | 1,935.69 |
| DIFLOE–MOORE, CAROL | 348.65 |
| DILL–BECK, KATHLEEN | 15,246.95 |
| DILWORTH, RUTH | 4,623.11 |
| DINKINS, CONSTANCE | 3,763.25 |
| DINWIDDIE–GRAY, SONJA | 1,084.44 |
| DIONYSOPOULOS, CHRISTINE | 1,418.11 |
| DOBROSKE, LINDA | 18,296.55 |
| DONOHO, JENE | 22,449.03 |
| DORNAN, CAROL | 18,634.01 |
| DOWLING–LUTZ, CONCETTINA | 4,534.50 |
| DREW–McKINNEY, DARLEEN | 96,844.11 |
| DREW, SHARON | 4,860.75 |
| DUGGAN, SUSAN | 4,711.08 |
| DUNCAN, AMBER | 113.99 |
| DUPIS, ANN | 7,409.25 |
| DYER, JANNETTE | 10,260.71 |
| DYER, KATHLEEN | 2,790.91 |
| EASLEY, CAROLYN | 2,665.80 |

| | TOTAL ECONOMIC DAMAGES (INCLUDING BACK PAY AND INTEREST) |
|---|---|
| EATON, MATILDA | $ 3,826.55 |
| EDWARDS, BRENDA | 21,602.08 |
| EFFINGER, VANESSA | 4,852.49 |
| ELLIS, CHRISTINE | 1,444.61 |
| ENGLE, PATRICIA | 598.24 |
| ERICKSEN, SHARON | 7,690.89 |
| ESTES, CARRIE | 22,604.88 |
| EVANS, AUDREY | 1,619.85 |
| EWALD, CAROL | 20,084.98 |
| FALSKA, CYNTHIA | 22,597.74 |
| FELDER, GERALDINE | 781.58 |
| FEURINO, MARY | 2,491.95 |
| FINNEREN, JACQUELINE | 2,427.79 |
| FISHER, HELEN | 19,138.75 |
| FITTEN, MURPHERY | 1,167.76 |
| FITZPATRICK, BARBARA | 1,442.80 |
| FITZPATRICK–SANCHEZ, BARBARA | 7,533.79 |
| FLEMING, LOTTIE | 3,978.68 |
| FLEMING, SHERLYN | 765.88 |
| FORRIS, CLEOPATRIA | 4,048.41 |
| FOSTER, BARBARA | 1,227.60 |
| FOSTER, EUGENIA | 940.08 |
| FOWLER, NANCY | 969.26 |
| FOY, SHELLY | 3,034.68 |
| FRANKS, VIVIAN | 11,644.96 |
| FRIDAY, CHERYL | 3,289.48 |
| FRINKLEY, VICKIE | 15,252.23 |
| FULBRIGHT, JACQUELINE | 1,626.64 |
| FUQUA, EMELIE | 8,201.71 |
| GALLAHER, KATHLEEN | 2,053.85 |
| GALLANT, MONETHIA | 5,590.64 |
| GANZAK, SUZANNE | 2,534.20 |
| GARCIA–LINDSTROM, CATHERINE | 1,818.59 |
| GARDNER, SONDRA | 427.00 |
| GARRISON, LUELLA | 1,994.21 |
| GARRY, RUDINE | 1,344.75 |
| GATES–CHATMAN, BRENDA | 4,687.09 |
| GAUSE, DOROTHY | 10,717.13 |
| GAWLOSKI, MARY | 5,123.66 |
| GENTHER, JOHNNIE | 2,484.34 |
| GhOUGOIAN, JOAN | 9,427.15 |
| GIDDENS, SARAH | 12,547.76 |
| GIERCZAK, BETTINA | 53,583.29 |
| GIGGER, ESTHER | 2,618.45 |
| GLAZE, THELMA | 3,935.95 |
| GLUSKI, KAREN | 4,368.96 |
| GODFREY, DEBRA | 869.78 |
| GOLDEN, BETTIE | 365.43 |
| GOMEZ–TERLEP, ROSA | 3,696.35 |
| GOODMAN, GEORGEANNA | 263.60 |
| GRAHAM, LYDIA | 519.78 |
| GRANGER, BRENDA | 14,602.89 |
| GRAVES, JOANNA | 4,488.79 |
| GRAY, ALICE | 159.01 |
| GREEN, JILL | 5,792.70 |
| GREEN, PAMELA | 2,383.29 |
| GRIFFIN, YVONNE | 3,690.40 |
| GRIFFIN–WALKER, RUTH | 5,076.38 |

| | TOTAL ECONOMIC DAMAGES (INCLUDING BACK PAY AND INTEREST) |
|---|---|
| GRIMM, SUSAN | $ 2,927.18 |
| GROSS, CECILE | 3,900.93 |
| GULLY, CLARICE | 3,562.05 |
| GWIZDALA, ELIZABETH | 3,990.65 |
| HALL, CLAUDIA | 6,959.51 |
| HALL, FLORENCE | 26,148.63 |
| HALL, GINA | 3,911.09 |
| HALLORAN–THOMAS, DENISE | 15,107.80 |
| HAMILTON, BRENDA | 2,760.88 |
| HAMILTON, SUSANNA | 1,994.20 |
| HAMPTON, CAROLYN | 25,768.36 |
| HARDAWAY, PATRICIA | 1,413.11 |
| HARE–TETER, CATHERINE | 1,167.06 |
| HARRIS, JOAN | 28,529.89 |
| HARRIS, KRYSTAL | 17,210.48 |
| HARRISON, DEBORAH | 963.28 |
| HARVEY, DANNINE | 6,501.73 |
| HASLITT, MARY | 4,500.61 |
| HATLEN, SUSAN | 4,121.55 |
| HATTEN, DOROTHY | 2,307.26 |
| HATTER–WILLIAMS, PAMILA | 1,228.01 |
| HAWN, GLADYS | 3,488.54 |
| HAYNES–BROOKS, JOYCE | 1.55 |
| HEARD, IDA | 34,619.48 |
| HEATH, BEVERLY | 7,572.80 |
| HENDERSON, FRANKIE | 2,320.61 |
| HENDERSON, PATRICIA | 604.13 |
| HENDONLAGER, SARAH | 579.53 |
| HERNDON, ANNE | 18,879.95 |
| HICKS, ANITA | 23,660.45 |
| HICKS, BARBARA | 16,396.76 |
| HOLLISTER, REBECCA | 1,995.74 |
| HOLLOWAY, JILLIAN | 111.58 |
| HOLLOWAY, SHIRLEY | 28.28 |
| HOLMES, ELEANOR | 8,324.26 |
| HOLT, GENEVA | 2,273.55 |
| HORAN, JANET | 2,741.78 |
| HORNER, MARY | 241.43 |
| HOWARD, EUNICE | 19,926.99 |
| HUBBARD, DIANA | 9,787.26 |
| HUBBARD, SYLVIA | 2,288.33 |
| HUMPHREY, FLORA | 5,557.61 |
| HUNT, CAROL | 899.25 |
| HUNTER, GLADYS | 3,533.70 |
| HURLEY, L.T. | 1,350.61 |
| HURRAH, MARTRICE | 13,095.10 |
| HUTSON–GALE, ARGETTA | 41,109.70 |
| INGRAM, BEVERLY | 900.24 |
| JACKSON, BEAULAH | 3,350.18 |
| JACKSON, CHERYL | 2,289.76 |
| JACKSON, DELORES | 2,289.06 |
| JACKSON, LINDA | 3,188.98 |
| JACKSON, MILDRED | 8,361.13 |
| JACKSON, NANCY | 11,773.56 |
| JACKSON, PAMELA | 1,093.56 |
| JACKSON, PATRICIA | 1,354.28 |
| JACKSON, ROZELLA | 4,832.80 |
| JAMES, CHERYL | 25,220.75 |

| | TOTAL ECONOMIC DAMAGES (INCLUDING BACK PAY AND INTEREST) |
|---|---|
| JEFFERSON–MEEKS, CYNTHIA | $ 1,176.90 |
| JOHNSON–AKINS, VANESSA | 4,871.45 |
| JOHNSON, DORIS | 3,526.95 |
| JOHNSON, GAYLE | 10,756.76 |
| JOHNSON, GWENDOLYN | 10,546.68 |
| JOHNSON, INELL | 8,543.20 |
| JOHNSON, JAN | 2,129.25 |
| JOHNSON–STEVENSON, JOAN | 14,052.39 |
| JOHNSON, MERITHA | 13,450.73 |
| JOHNSON, RITA | 4,998.53 |
| JOHNSON, RUBY | 34,371.26 |
| JOHNSON, SHEREE | 1,596.06 |
| JOHNSON, VIRGINIA | 592.05 |
| JOHNSON–GOREE, CAROLYN | 1,635.03 |
| JONES, GLORIA | 12,143.13 |
| JONES, IRMA | 30,181.51 |
| JONES, MARY | 2,673.46 |
| JONES, REGINA | 15,943.94 |
| JONES, SANDRA | 1,637.96 |
| JORDAN, JACQUELYNN | 3,995.15 |
| JORDAN, SADIE | 2,254.63 |
| JOYNER, SHIRLEY | 22,165.09 |
| JUAREZ–MEYHOFER, MARY | 728.45 |
| KAPELANSKI, ELAINE | 11,839.23 |
| KASUBOSKI, JACQUELINE | 7,154.94 |
| KELLEY, BARBARA | 3,287.64 |
| KELLY, SALLY | 2,171.09 |
| KENDRICK, NORMA | 570.09 |
| KENEAU, MARY | 13,434.63 |
| KEYES, SHERRY | 1,233.91 |
| KIES, SHARON | 1,795.28 |
| KIMBALL, ANNETTE | 7,704.74 |
| KIMBROUGH, THERESA | 1,825.60 |
| KING, ADRIANNE | 965.03 |
| KING, CHERYL | 1,818.14 |
| KING, TAWNYA | 48,810.41 |
| KINNEY–TILLMON, JOANN | 3,957.36 |
| KIRKWOOD–FARRAR, ROBBIN | 2,582.23 |
| KLINE, LINDA | 1,854.69 |
| KNIGHT, GAYLE | 44,477.58 |
| KNOX, LESLIE | 1,217.00 |
| KOSS, BELINDA | 5,412.73 |
| KRAMER, JANICE | 3,549.35 |
| KROPIK, ANN | 49,421.35 |
| KUNNA, NANCY | 1,918.38 |
| LADNIER, CHRISTINE | 2,260.14 |
| LaFLORA, MICHELE | 3,236.36 |
| LALLY, DONNA | 4,603.68 |
| LAMAR–MOORE, JUDY | 10,846.83 |
| LAMOTTE, ANGEULAR | 2,686.80 |
| LANDEROS, MARLYSS | 40,440.90 |
| LANE, ALEXIS | 302.33 |
| LANGLEY, BERYL | 10,228.73 |
| LAUDEN, DOLORES | 830.41 |
| LAWSON, FRANCES | 1,123.35 |
| LEE, DEBORAH | 1,277.21 |
| LEHMAN, KIYOKO | 2,259.23 |
| LILIENTHAL, JEANNE | 2,293.81 |

| | TOTAL ECONOMIC DAMAGES (INCLUDING BACK PAY AND INTEREST) |
|---|---|
| LITTLE, JACQUELINE | $ 2,109.03 |
| LOFTON, PATRICIA | 2,357.93 |
| LOGAN, RAINELLE | 35,588.60 |
| LOGAN, VICKEY | 255.49 |
| LOPICCOLO, DONNA | 3,855.96 |
| LOW–BELL, AUDREY | 2,082.66 |
| LURRY, SARAH | 914.65 |
| LUSTER, MILFORDEAN | 203.93 |
| MacDONALD, BRENDA | 3,515.41 |
| MACK, LINDA | 12,823.99 |
| MACKIE–AUSTIN, KIM | 1,985.71 |
| MAEH, AZIRA | 13,499.35 |
| MAGUIRE, CAROL | 6,750.96 |
| MAJEWSKI, EDITH | 18,469.60 |
| MALONE, ROSEMARY | 54,248.10 |
| MANDEVILLE, BERYL | 7,600.41 |
| MARASCO, CYNTHIA | 10,939.19 |
| MARBURY, JACQUELINE | 574.51 |
| MARSHALL–JOHNSON, ROSEMARY | 3,504.41 |
| MARTEN, PHYLLIS | 266.89 |
| MARTIN, DEBORAH | 42,908.65 |
| MARTIN, DOROTHEA | 8,877.00 |
| MARTIN, EILEEN | 21,532.25 |
| MARVIN–BENBOW, JELINE | 123.46 |
| MASON, LINDA | 266.58 |
| MATIAS–RIVERA, ADELA | 3,494.05 |
| MAYERAN, SUZANNE | 3,275.23 |
| MAYNARD, THELMA | 22,776.98 |
| McBURROWS, ELEANOR | 28,039.99 |
| McCARTHA, BEVERLY | 2,144.24 |
| McCOTTER, JUANITA | 83.50 |
| McCREARY, DEBORAH | 519.51 |
| McCRIGHT, VICKI | 4,259.08 |
| McGRAW–MICHAELSON, PATRICIA | 403.38 |
| McGREGOR, ADELE | 7,847.66 |
| McINTOSH, ROSETTA | 2,811.30 |
| McKISIC, LINDA | 1,388.15 |
| McMILLAN, MARY ROSE | 980.70 |
| McPHERSON, SUSAN | 2,750.05 |
| McREITHEN, JANICE | 397.75 |
| McREYNOLDS, DEBRA | 792.49 |
| MELVILLE, WILMA | 1,054.94 |
| MICHALAK, DEOBRAH | 3,773.80 |
| MILIKEN–HARDY, BRENDA | 2,310.78 |
| MILLER, CHERYL | 2,109.56 |
| MILLER, JEANNE | 4,359.18 |
| MILLER, VALERIE | 5,087.91 |
| MILLNER, SYLVIA | 19,893.10 |
| MILLS, EDNA | 6,666.83 |
| MILNER, SHARON | 29,437.49 |
| MIMS, DOROTHY | 11,489.11 |
| MIMS, JOYCE | 2,338.24 |
| MINGUS, TERI | 1,034.11 |
| MISTELE, DONNA | 18,191.99 |
| MITCHELL, AUGUSTA | 18,911.91 |
| MOBLEY, WALDA | 771.69 |
| MONTGOMERY, DEBORAH | 2,319.08 |
| MONTI, DEBORAH | 206.48 |

| | TOTAL ECONOMIC DAMAGES (INCLUDING BACK PAY AND INTEREST) |
|---|---|
| MOORE–COOPER, BEVERLY | $ 4,583.16 |
| MOORE, BARBARA | 2,215.80 |
| MOORE, BRENDA | 2,934.91 |
| MOORE, CAROLYN | 1,305.38 |
| MORSE, DIANE | 7,326.95 |
| MORTON, RHONDA | 1,532.68 |
| MOSS, BETTY | 3,312.04 |
| MOTLEY, JOYCE | 6,654.09 |
| MOULTRIE, SHIRLEY | 2,379.93 |
| MOZELLE–WASHINGTON, VANESSA | 5,233.60 |
| MUNN, CASSANDRA | 534.99 |
| MYERS, BERNADETTE | 900.18 |
| MYERS, SHARON | 2,259.18 |
| MYLES, DOROTHY | 5,054.39 |
| NEAL, SANDRA | 1,501.04 |
| NEELY, CHARLOTTE | 1,933.16 |
| NELSON, DIANE | 1,311.48 |
| NEMETH–GIOVANNINI, DIANA | 2,578.99 |
| NESBITT, GLORIA | 3,534.43 |
| NETTLES–RENCHER, BEVERLY | 1,572.59 |
| NEWBERRY, DEBORAH | 3,027.86 |
| NICHOLAS, GALE | 7,528.24 |
| NICHOLS, BEVERLY | 10,633.88 |
| NICHOLS, CAROLYN | 22,958.26 |
| NOBLISKI, JANICE | 13,101.06 |
| NOWACKI, CHERYLEE | 3,457.60 |
| NOWAK–JAMINSKI, BARBARA | 14,947.19 |
| NOWICKI, DENISE | 6,728.90 |
| NYE, BETTE | 5,611.83 |
| ORR, DEBORAH | 430.90 |
| ORR, DELOIS | 707.73 |
| ORR, GAYLE | 20,973.10 |
| OSBORNE, GAIL | 48,446.74 |
| OWENS, LINDA | 454.71 |
| PALAZZOLO–HODDER, SHARON | 54,772.78 |
| PARDON–SMITH, CASSANDRA | 2,835.30 |
| PARENT–LATIMER, AVA | 1,919.36 |
| PASSMORE, MARJORIE | 2,827.70 |
| PATE, SUSAN | 88.64 |
| PATTON, KAREN | 2,035.85 |
| PATTON, URA | 14,891.19 |
| PAWL, CHRISTINE | 24,857.69 |
| PAWLAK, MARY | 395.98 |
| PAYTON, PHILLIS | 305.56 |
| PEOPLES, MADELINE | 585.69 |
| PERKINS, HARRIET | 1,779.14 |
| PERRY, JUDY | 2,499.50 |
| PETERSON, BETH | 2,552.43 |
| PHELPS, MARY | 4,118.96 |
| PHILLIPS, JACQUELINE | 6,377.06 |
| PIERCE, ROSE | 9,554.45 |
| PIERCE, SANDRA | 6,197.95 |
| PIONTEK, SUSAN | 639.60 |
| PITTMAN, BRENDA | 2,114.33 |
| POKORSKI, MARGARET | 2,163.38 |
| POLLOCK, EVA | 612.46 |
| PONDER, DIANA | 1,363.61 |
| POWELL, MARY | 87.51 |

| | TOTAL ECONOMIC DAMAGES (INCLUDING BACK PAY AND INTEREST) |
|---|---|
| POWELL, JOANN | $ 12,862.44 |
| PRENTICE, LORITA | 1,967.96 |
| PRICE, PHILLIPPA | 1,274.95 |
| PURVIS, VIRGINIA | 46,434.73 |
| PYE, BRENDA | 4,584.09 |
| RAKOWSKI, MADELYN | 2,407.91 |
| RAMON, THERESA | 4,983.38 |
| RAY, ALLENE | 15,213.11 |
| RAY–DONALD, ANNIE | 4,055.99 |
| RAYFORD–DEBLOIS, ESTELLA | 987.56 |
| REETZ, LAURA | 6,033.53 |
| RICHARDSON, ROLANDA | 1,476.28 |
| RIVERS, BARBARA | 1,569.40 |
| ROBERT, MIDGE | 610.63 |
| ROBINSON, DEBORAH | 51,155.20 |
| RODRIGUEZ, ANNA | 1,350.03 |
| RODRIGUEZ, PAULA | 15,648.74 |
| ROSS, SARAH | 1,200.71 |
| ROTTACH, VALERIE | 5,273.65 |
| ROWE, EMMA | 1,696.63 |
| RUDD–COPLAND, LINDA | 1,969.28 |
| RUDOLPH, MARILYNN | 7,070.16 |
| RUFFIN, DONNIE | 15,711.04 |
| RUSSELL, CARRIE | 2,186.69 |
| SAINTEWARD, BEVERLY | 14,236.33 |
| SALLY, CAROLYN | 4,889.83 |
| SAMPLE, MARGARET | 1,360.10 |
| SANDERS, MARLENE | 3,407.94 |
| SANDERSON, SUSAN | 2,090.86 |
| SAWYERS, ROSIE | 24,483.74 |
| SCHADE, MARY | 10,555.16 |
| SCOTT, KAYE | 14,672.78 |
| SCOTT–JONES, LORI | 616.85 |
| SEARCY, MARIAM | 559.08 |
| SEDDENS, CAROLYN | 6,349.85 |
| SERDA, MARGARET | 1,511.99 |
| SEWELL, ANGELA | 3,657.81 |
| SHALLAL, JANE | 5,403.23 |
| SHANKS, LINDA | 2,724.25 |
| SHAW, LILLY | 3,752.63 |
| SHELDON, DIANNA | 10,123.25 |
| SHEPHERD, MARY | 6,089.04 |
| SHERWOOD, DONNA | 3,948.51 |
| SHORTREED, SUSAN | 15,635.40 |
| SIHLER, MARY | 13,396.05 |
| SIMMONS, EMMA | 2,796.33 |
| SIMMONS, OLIVIA | 6,991.40 |
| SIMMONS, SYLVIA | 5,365.86 |
| SIMMS, VEDA | 38.50 |
| SIMMS, WANDRA | 8,461.03 |
| SIMON, BARBARA | 188.29 |
| SIMON, BEVERLY | 12,796.18 |
| SINCLAIR, JANET | 14,682.78 |
| SKAZALSKI, ANNE | 543.74 |
| SKINNER, CAROL | 1,862.28 |
| SLAUGHTER, HENRIETTA | 2,715.10 |
| SLAUGHTER, JANICE | 436.06 |
| SLAYDEN, KATHLEEN | 1,879.08 |

| | TOTAL ECONOMIC DAMAGES (INCLUDING BACK PAY AND INTEREST) |
|---|---|
| SLUKA, BARBARA | $ 24,761.69 |
| SMITH, CHERYL | 50,137.73 |
| SMITH, LERENDEEDN | 296.76 |
| SMITH, GERALDINE | 4,165.78 |
| SMITH, JEANIE | 11,163.76 |
| SMITH, JOAN | 19,418.09 |
| SOLAI, GRETCHEN | 2,689.06 |
| SOUSA, KAREN | 4,230.51 |
| SPEIGHTS, LAUMARGARET | 7,972.44 |
| SPENCER, SHEILA | 250.36 |
| SPIGHT, CONSTANCE | 2,203.80 |
| STAFFORD, BARBARA | 4,960.64 |
| STARKS, JOANN | 1,039.13 |
| STEELE, LUCY | 84.00 |
| STEFAN, DOLORES | 2,933.13 |
| STEHLIK, JOAN | 134.40 |
| STEPHENS, MARY | 1,101.09 |
| STEPHENS, CHRISTINE | 1,978.56 |
| STEPP, DONITA | 4,863.04 |
| STERRETT, MARSHA | 4,056.65 |
| STEVENSON, ALICIA | 12,042.30 |
| STEWARD, DEBORAH | 2,120.51 |
| STEWART, CHARLOTTE | 1,395.21 |
| STEWART, SANDRA | 13,408.25 |
| STINSON, LVANDA | 1,245.75 |
| STONE, INEZ | 2,412.34 |
| STRAUSS, MARY | 2,438.89 |
| STRECH, JEAN | 2,748.15 |
| SUTTLES, BETTY | 873.46 |
| SYLVESTER, LINDA | 6,571.26 |
| SYME, NANCY | 797.69 |
| SZCZESNIAK–ZEROD, MARILYN | 6,286.19 |
| TALBERT, VIVIAN | 2,433.20 |
| TANSIL, PATRICIA | 1,402.83 |
| TAYLOR, AVIS | 1,340.14 |
| TAYLOR, MICHELLE | 6,921.11 |
| TEMPLE, ROSEMARIE | 10,133.88 |
| THOMAS, CYNTHIA | 12,458.21 |
| THOMAS, KAREN | 6,255.75 |
| THOMAS, PATRICIA | 1,438.04 |
| THOMPSON, DONNA | 606.55 |
| TILLMAN, KATHERINE | 1,542.39 |
| TOBICZYK, CAROL | 2,567.55 |
| TORBERT, MARILYNN | 25,857.65 |
| TOWER, PHYLLIS | 49,598.33 |
| TRUMBULL, EUGENIA | 23,843.91 |
| TUCKER, JOANN | 915.56 |
| TOJAKA, DENISE | 1,228.99 |
| TURNER, LUCRECIA | 13,839.74 |
| TYNAN, SHELLEY | 1,075.61 |
| VALENTINE, VALERIE (ESTATE OF) | 27,687.39 |
| VICKS, GLENDA | 198.81 |
| VITORATOS, BARBARA | 9,176.05 |
| WAGER, EMILY | 38,051.33 |
| WALKER, ADRIAN | 713.46 |
| WALKER, CAROLINE | 3,295.20 |
| WALKER, DEBRA | 34,682.45 |
| WALKER, JIMETTA | 5,293.14 |

| | TOTAL ECONOMIC DAMAGES (INCLUDING BACK PAY AND INTEREST) |
|---|---|
| WALKER, PAMELA | $ 1,610.85 |
| WALKER, PATRICIA | 154.69 |
| WALTER, CATHERINE | 556.90 |
| WARD, DEBORAH | 4,793.65 |
| WARD, VENUS | 665.36 |
| WARREN, KATHY | 16,741.93 |
| WASHINGTON, BETTY | 2,259.71 |
| WATSON, TERESA | 682.81 |
| WATTS, ADRIENNE | 1,991.33 |
| WEAVER, RUBYE | 4,146.24 |
| WEBB, SAUNDRA | 1,299.71 |
| WEBER, MARIANNE | 28,962.05 |
| WEGEHAUPT, DOROTHY | 2,805.38 |
| WERDLOW, JUNE | 2,713.34 |
| WHISMAN, WILMA | 19,804.50 |
| WHITE, LENORA | 1,101.09 |
| WHITE, THERESA | 9,656.84 |
| WHITTY, PAULA | 47,378.90 |
| WILKINSON–MILLER, SONIA | 3,064.30 |
| WILLIAMS, BRENDA | 1,731.13 |
| WILLIAMS, KATHRYN | 722.15 |
| WILLIAMS, MABLE | 5,038.45 |
| WILLIAMS, MADELYN | 10,706.13 |
| WILLIAMS, MARCELLA | 53,524.23 |
| WILLIAMS, PAMELA | 1,228.01 |
| WILLIAMS, ROXIE | 7,600.41 |
| WILLIAMS, YUKIMA | 1,775.13 |
| WILLIAMS–JONES, MARY | 243.91 |
| WILLS, JOAN | 4,777.24 |
| WILSON, JOANNE | 13,208.64 |
| WILSON, JUNE | 11,863.30 |
| WOJCIECHOWSKI, JOANNE | 10,892.84 |
| WOMACK, LINDA | 3,148.90 |
| WOODEN, PAMELA | 1,436.80 |
| WORTHINGTON, IRIS | 3,810.75 |
| WYCHE, GLADIS | 5,158.74 |
| WYNN–BRANTLEY, JUNETTA | 71.73 |
| YAKINI, RHADIJA | 2,783.84 |
| YARBROUGH, BRENDA | 40,922.43 |
| YARBROUGH, HANNA | 1,543.36 |
| YARNELL, BARBARA | 4,471.25 |
| YEAGER, MARY | 5,082.93 |
| ZELLOUS, VICTORIA | 991.85 |

## EXHIBIT B—PROMOTION AND COMPENSATION SUBCLASSES

| | TOTAL ECONOMIC DAMAGES (INCLUDING INTEREST) |
|---|---|
| ALDRIDGE, GAIL | $12,928.00 |
| ASHOR, MARGARET | 36,032.00 |
| BARGAGNA, DIANE | 24,096.00 |
| BARR, VIRGINIA | 28,936.00 |
| BEEBE, LILLIAN | 26,224.00 |
| BLOOMFIELD, JULIE | 30,440.00 |
| BOLIA, DIANE | 32,918.00 |
| BOURASSA, GWENDOLYN | 34,012.00 |
| BRANDI–KAHLER, YOLANDA | 3,058.00 |
| BRINKER, VIRGINIA | 17,898.00 |
| BULMANN, JANICE | 6,290.00 |

| | TOTAL ECONOMIC DAMAGES (INCLUDING INTEREST) |
|---|---|
| BURKOS, MARCIANNA | $40,884.00 |
| BURRELL, ISOBEL | 20,212.00 |
| CHRISTENSEN, ELNA | 38,192.00 |
| COLE–GON, MARY | 33,272.00 |
| CRAFT, NANCY | 20,234.00 |
| CRAIG, MARGUERITE | 22,458.00 |
| DARROCH, MARILYN | 13,290.00 |
| DOSEN, LINDA | 29,038.00 |
| DOWLING, JUDY | 40,746.00 |
| EASTMAN, MENDA | 1,148.00 |
| EDMOND, VIVIAN | 41,180.00 |
| EGGERS, CYNTHIA | 37,928.00 |
| ESHMAN, CECILIA | 43,384.00 |
| FLANIGAN, PATRICIA | 29,670.00 |
| FORST, MARY | 16,156.00 |
| FRIEDMAN, FAY (ESTATE OF) | 38,806.00 |
| GALLAHER, KATHLEEN | 24,702.00 |
| GEORGE, MARY | 36,458.00 |
| GOODMAN, GEORGEANNA | 10,310.00 |
| GRAMES, JOYCE | 33,402.00 |
| GRATOPP, LINDA | 31,876.00 |
| GREEN, JILL | 24,096.00 |
| GREENE, BETTY | 39,404.00 |
| GREER, JOANETTA | 42,798.00 |
| GUNDERSON, VIRGINIA | 35,024.00 |
| HALE, FAITH | 27,911.00 |
| HARBIT, RENEE | 26,222.00 |
| HASLITT, MARY | 27,492.00 |
| HEHN, ALICE | 22,662.00 |
| HERNACKI, WANDA | 29,670.00 |
| HUTCHINSON, MARY | 36,404.00 |
| JACOBS, SUE | 39,484.00 |
| JARRETT–JACKSON, MARY | 42,444.00 |
| JASMAN, LENORE | 29,038.00 |
| JOHNSON, PATRICIA (ESTATE OF) | 32,212.00 |
| KEARNEY, SUSAN | 28,492.00 |
| KEOUGH, JEAN (ESTATE OF) | 19,144.00 |
| KNOX, DOROTHY | 25,304.00 |
| KOERPER, MARY | 20,138.00 |
| LARSEN, JUDITH | 9,146.00 |
| LAUDEN, DOLORES | 19,508.00 |
| LAWRENCE, CAROL | 11,234.00 |
| LEHMAN, KIYOKO | 27,184.00 |
| LEHOTSKY, MARILYN | 44,480.00 |
| LEWANDOWSKI, ELIZABETH | 42,788.00 |
| LEWIS, NANCY | 26,620.00 |
| MAGNUSSON, ELSIE | 33,532.00 |
| MAGUIRE, CAROL | 19,962.00 |
| MAITLAND, PATRICIA | 29,494.00 |
| MARCANTONIO, MARY | 38,478.00 |
| MARTIN, DOROTHEA | 24,802.00 |
| MARTINI, AUDREY | 26,656.00 |
| MAXELON, ALICE | 31,512.00 |
| McMILLAN, MARY ROSE | 24,802.00 |
| MICKIEWICZ–PRESTON, SHARON | 15,524.00 |
| MIJARES, JANET | 40,568.00 |
| MITCHEM, BARBARA | 37,900.00 |
| MOLNER, ANNETTE | 23,466.00 |
| MOORE, MARION | 26,148.00 |
| MORSE, DIANE | 24,044.00 |

| | TOTAL ECONOMIC DAMAGES (INCLUDING INTEREST) |
|---|---|
| NOBLISKI, JANICE | $24,096.00 |
| O'NEILL, PATRICIA | 18,142.00 |
| PALOSKI, BETTY | 20,456.00 |
| PANKAKE, CAROL | 34,464.00 |
| PEARSON, SHIRLEY (ESTATE OF) | 15,804.00 |
| PETERSON, BETH | 27,354.00 |
| PETTIS, GERALDINE | 22,550.00 |
| PILATE, CAROLYN | 43,384.00 |
| POST, JOANNE | 26,020.00 |
| POTTER, LINDA | 4,510.00 |
| PRAVATO–HEALEY, NANCY | 24,096.00 |
| REESE, FAYE | 11,568.00 |
| ROBERTS, WARNA | 16,440.00 |
| ROKETA, CAROL (ESTATE OF) | 39,540.00 |
| SASH, VALERIE (ESTATE OF) | 43,572.00 |
| SCHAEFER, GRACE | 31,754.00 |
| SETTLEMOIR, JUDITH | 37,148.00 |
| SHEA, JUDITH | 8,960.00 |
| SHERMAN, JUDITH | 15,728.00 |
| SHIMP, SUSAN | 16,562.00 |
| SIMONDS, NELLIE | 13,352.00 |
| SIMPSON, LUCIA | 14,878.00 |
| SOLAI, GRETCHEN | 24,872.00 |
| STEWART, MARY | 27,322.00 |
| STRECH–CALLAWAERT, JEAN | 22,986.00 |
| SULKES, BARBARA (ESTATE OF) | 29,670.00 |
| TSAMPIKOU, NANCY | 20,286.00 |
| TUKACS, MARY | 30,684.00 |
| TUTTLE, JANICE | 25,962.00 |
| WAGER, EMILY | 5,588.00 |
| WAGNER, MARY | 43,772.00 |
| WALKER, SUZANNE | 43,384.00 |
| WATTS, ADRIENNE | 27,354.00 |
| WEGEHAUPT, DOROTHY | 24,802.00 |
| WEIDE, BARBARA | 26,972.00 |
| WESLEY, MARJORIE | 21,872.00 |
| WILLIS, BILLIE | 27,770.00 |
| WINKE, HOPE | 15,770.00 |
| WONDERO, ANN | 42,010.00 |
| YEAGER, MARY | 24,096.00 |
| ZADOROZNY, PATRICIA | 30,864.00 |
| ZINSER, ANDREA | 26,650.00 |

## EXHIBIT C—PROMOTION AND COMPENSATION SUBCLASSES

| | TOTAL NON–ECONOMIC DAMAGES |
|---|---|
| ALDRIDGE, GAIL | $10,505.00 |
| ASHOR, MARGARET | 22,760.00 |
| BARGAGNA, DIANE | 10,412.00 |
| BARR, VIRGINIA | 24,840.00 |
| BEEBE, LILLIAN | 22,905.00 |
| BLOOMFIELD, JULIE | 15,370.00 |
| BOLIA, DIANE | 20,534.00 |
| BOURASSA, GWENDOLYN | 19,820.00 |
| BRANDI–KAHLER, YOLANDA | 3,095.00 |
| BRINKER, VIRGINIA | 11,075.00 |
| BULMANN, JANICE | 5,092.00 |
| BURKOS, MARCIANNA | 24,291.00 |
| BURRELL, ISOBEL | 18,889.00 |
| CHRISTENSEN, ELNA | 25,192.00 |

| | TOTAL NON–ECONOMIC DAMAGES |
|---|---|
| COLE–GON, MARY | $22,242.00 |
| CRAFT, NANCY | 9,356.00 |
| CRAIG, MARGUERITE | 20,038.00 |
| DARROCH, MARILYN | 11,375.00 |
| DOSEN, LINDA | 14,324.00 |
| DOWLING, JUDY | 24,167.00 |
| EASTMAN, MENDA | 849.00 |
| EDMOND, VIVIAN | 26,468.00 |
| EGGERS, CYNTHIA | 24,985.00 |
| ESHMAN, CECILIA | 27,410.00 |
| FLANIGAN, PATRICIA | 13,496.00 |
| FORST, MARY | 16,726.00 |
| FRIEDMAN, FAY (ESTATE OF) | 25,792.00 |
| GALLAHER, KATHLEEN | 11,944.00 |
| GEORGE, MARY | 23,639.00 |
| GOODMAN, GEORGEANNA | 6,583.00 |
| GRAMES, JOYCE | 19,313.00 |
| GRATOPP, LINDA | 18,226.00 |
| GREEN, JILL | 10,412.00 |
| GREENE, BETTY | 41,327.00 |
| GREER, JOANETTA | 26,299.00 |
| GUNDERSON, VIRGINIA | 23,008.00 |
| HALE, FAITH | 16,922.00 |
| HARBIT, RENEE | 19,292.00 |
| HASLITT, MARY | 10,205.00 |
| HEHN, ALICE | 22,811.00 |
| HERNACKI, WANDA | 14,790.00 |
| HUTCHINSON, MARY | 24,447.00 |
| JACOBS, SUE | 22,998.00 |
| JARRETT–JACKSON, MARY | 18,112.00 |
| JASMAN, LENORE | 14,324.00 |
| JOHNSON, PATRICIA (ESTATE OF) | 22,801.00 |
| KEARNEY, SUSAN | 13,921.00 |
| KEOUGH, JEAN (ESTATE OF) | 16,415.00 |
| KNOX, DOROTHY | 11,602.00 |
| KOERPER, MARY | 9,180.00 |
| LARSEN, JUDITH | 6,075.00 |
| LAUDEN, DOLORES | 9,501.00 |
| LAWRENCE, CAROL | 7,980.00 |
| LEHMAN, KIYOKO | 12,430.00 |
| LEHOTSKY, MARILYN | 29,601.00 |
| LEWANDOWSKI, ELIZABETH | 26,289.00 |
| LEWIS, NANCY | 14,304.00 |
| MAGNUSSON, ELSIE | 23,329.00 |
| MAGUIRE, CAROL | 9,118.00 |
| MAITLAND, PATRICIA | 18,009.00 |
| MARCANTONIO, MARY | 22,066.00 |
| MARTIN, DOROTHEA | 10,826.00 |
| MARTINI, AUDREY | 15,991.00 |
| MAXELON, ALICE | 22,522.00 |
| McMILLAN, MARY ROSE | 10,826.00 |
| MICKIEWICZ–PRESTON, SHARON | 13,455.00 |
| MIJARES, JANET | 25,916.00 |
| MITCHEM, BARBARA | 24,975.00 |
| MOLNER, ANNETTE | 18,920.00 |
| MOORE, MARION | 22,801.00 |
| MORSE, DIANE | 10,381.00 |
| NOBLISKI, JANICE | 10,764.00 |
| O'NEILL, PATRICIA | 20,120.00 |
| PALOSKI, BETTY | 17,181.00 |
| PANKAKE, CAROL | 22,139.00 |

| | TOTAL NON–ECONOMIC DAMAGES |
|---|---|
| PEARSON, SHIRLEY (ESTATE OF) | $ 18,796.00 |
| PETERSON, BETH | 12,689.00 |
| PETTIS, GERALDINE | 15,639.00 |
| PILATE, CAROLYN | 26,910.00 |
| POST, JOANNE | 14,221.00 |
| POTTER, LINDA | 2,639.00 |
| PRAVATO–HEALEY, NANCY | 10,412.00 |
| REESE, FAYE | 12,192.00 |
| ROBERTS, WARNA | 17,026.00 |
| ROKETA, CAROL (ESTATE OF) | 23,049.00 |
| SASH, VALERIE (ESTATE OF) | 19,779.00 |
| SCHAEFER, GRACE | 31,982.00 |
| SETTLEMOIR, JUDITH | 24,835.00 |
| SHEA, JUDITH | 4,771.00 |
| SHERMAN, JUDITH | 13,766.00 |
| SHIMP, SUSAN | 12,513.00 |
| SIMONDS, NELLIE | 16,208.00 |
| SIMPSON, LUCIA | 27,026.00 |
| SOLAI, GRETCHEN | 10,868.00 |
| STEWART, MARY | 16,177.00 |
| STRECH–CALLAWAERT, JEAN | 11,147.00 |
| SULKES, BARBARA (ESTATE OF) | 14,790.00 |
| TSAMPIKOU, NANCY | 16,146.00 |
| TUKACS, MARY | 21,186.00 |
| TUTTLE, JANICE | 22,801.00 |
| WAGER, EMILY | 4,068.00 |
| WAGNER, MARY | 29,601.00 |
| WALKER, SUZANNE | 26,910.00 |
| WATTS, ADRIENNE | 12,689.00 |
| WEGEHAUPT, DOROTHY | 10,826.00 |
| WEIDE, BARBARA | 16,322.00 |
| WESLEY, MARJORIE | 19,696.00 |
| WILLIS, BILLIE | 22,811.00 |
| WINKE, HOPE | 13,828.00 |
| WONDERO, ANN | 28,504.00 |
| YEAGER, MARY | 10,412.00 |
| ZADOROZNY, PATRICIA | 16,777.00 |
| ZINSER, ANDREA | 18,861.00 |

## EXHIBIT D

| NAME | SOCIAL SECURITY # | PN | RETIRED |
|---|---|---|---|
| BEEBE, LILLIAN | 375–20–9826 | 077973 | 1–12–73 |
| BURRELL, ISOBEL | 380–12–0979 | 076901 | 7–08–72 |
| COLE–GON, MARY | 354–14–3310 | 078498 | 2–14–74 |
| CRAIG, MARGUERITE | 372–16–3070 | 019350 | 4–24–72 |
| HARBIT, RENEE | 382–20–1128 | 078752 | 3–22–75 |
| MAGNUSSON, ELSIE | 362–22–3624 | 078506 | 3–01–74 |
| MAXELON, ALICE | 380–12–3481 | 078245 | 5–15–74 |
| MOLNER, ANNETTEE | 384–12–3648 | 077045 | 7–12–72 |
| PALOSKI, BETTY | 384–14–5387 | 077209 | 11–18–71 |
| TUKACS, MARY | 363–24–0200 | 078352 | 9–27–73 |
| TUTTLE, JANICE | 277–03–4595 | 100863 | 9–17–74 |
| WESLEY, MARJORIE | 371–14–2955 | 077393 | 3–10–72 |
| WINKE, HOPE | 313–12–2388 | 076396 | 8–20–70 |